**LEWIS v. N.C. DEP'T OF CORR.**

[357 N.C. 246 (2003)]

JOEL T. LEWIS, Petitioner v. NORTH CAROLINA DEPARTMENT OF CORRECTION, Respondent

No. 585A02

(Filed 13 June 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 153 N.C. App. 449, 570 S.E.2d 231 (2002), affirming an order entered 10 August 2001 by Judge A. Moses Massey in Superior Court, Stokes County. Heard in the Supreme Court 5 May 2003.

*Randolph and Fischer, by J. Clark Fischer, for petitioner-appellee.*

*Roy Cooper, Attorney General, by Neil Dalton, Assistant Attorney General, and James Peeler Smith, Special Counsel, for respondent-appellant.*

PER CURIAM.

AFFIRMED.